UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:18-cr-00131-JRS-TAB |
| | ) | | |
| MAURICE GILLESPIE, | ) | | - 01 |
| | ) | | |
| Defendant. | ) | | |

**REPORT AND RECOMMENDATION**

On January 3, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on June 24, 2024. Defendant Gillespie appeared in person with his appointed counsel Dominic Martin. The government appeared by Corbin Houston, Assistant United States Attorney. U.S. Parole and Probation appeared by Officer Angela Smith.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Gillespie of his rights and ensured he had a copy of the Petition. Defendant Gillespie orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Gillespie admitted violation no. 1 as set forth in the Petition. [Dkt. 83.]

3. The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must not commit another federal, state, or local crime."** |
| | On June 24, 2024, Mr Gillespie was arrested by the Indianapolis Metropolitan Police Department for two counts of Intimidation (Felony 6), and three counts of Invasion of Privacy (Misdemeanor A), under cause numbers 49D17-2405-F6-012973 and 49D17-2405-F6-013205. The nature of the felony charges include several verbal threats to commit a forcible felony against the victim who is a domestic partner. The misdemeanor charges stem from violations of protective orders that were in place to prevent such threatening communication. |

4. The Court finds that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is VI.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of twenty-one (21) months incarceration with no supervised release to follow. Defendant is on the list to receive a kidney transplant. Accordingly, Defendant requested placement at the Federal Medical Center – Lexington, Kentucky, or the closest alternate medical facility with resources to provide kidney transplant services. In addition, due to his medical condition, Defendant requests placement by the Bureau of Prisons as soon as possible.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of twenty-one

```
```

(21) months, with no supervised release to follow. The Magistrate Judge further recommends Defendant's placement at the Federal Medical Center – Lexington, Kentucky, or the closest alternate medical facility with resources to provide kidney transplant services. In addition, due to Defendant's medical condition, the Magistrate Judge further recommends Defendant's placement by the Bureau of Prisons as soon as possible.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to this Report and Recommendation.

Dated: 3 JAN 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system